*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| PIERCE NESBIT, et al | |
| vs. | Case No.   05-2429 HHK |
| DISTRICT OF COLUMBIA et al | |

## NOTICE REGARDING EXHIBIT ATTACHMENT

Pursuant to the procedures for filing documents electronically, as outlined in the previous order of the Court, this Notice serves as notification that Exhibits to the Complaint filed in this case have been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Date: December 29, 2005