**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Anthony Williams
Mayor of District of Columbia
John Wilson Building
1350 Pennsylvania Ave, NW
Washington, DC 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery: 12/2/05
C. Signature
X [signature]    ☐ Agent    ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1530 0004 0196 8185

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Corporation Counsel
441 Fourth Street, NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery: 12-27-05
C. Signature
X [signature]    ☐ Agent    ☒ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1530 0004 0196 8093

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Erika Pierson
Office of General Counsel
District of Columbia Public Schools
825 North Capitol St, NE
Washington, DC 20002

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): R. Johnson    B. Date of Delivery: 12/28/05
C. Signature
X [signature]    ☐ Agent    ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7000 1530 0004 0196 8109

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERCE NESBIT, *et al.*,

    Plaintiffs,

v.    Civil Action No. 05-2429

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## ACKNOWLEDGMENT OF RECEIPT OF HAND-DELIVERY

On January 5, 2006, I received a hand-delivered package containing the Complaint, the Exhibits to the Complaint, and the Summons in the above-captioned matter, at the following address:

One Judiciary Square
441 Fourth Street, NW
Washington, D.C. 20001

*1/5/05*
*Gale Rivers*
Date of Signature

Staff assistant
*Gale Rivers*
Signature

*Gale Rivers*
Please Print Name as Signed Above

*Staff assistant*
Employment Position

EXHIBIT 2