IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No: 05-CV-2429 (HHK) |

**PLAINTIFFS' CONSENT MOTION FOR
LEAVE OF COURT TO DISMISS FOUR CLAIMS AS PAID IN FULL**

Pursuant to FED.R.CIV.P. 41(a)(2), plaintiffs hereby seek leave of Court to move to dismiss the claims of four plaintiffs, who have been paid in full, in the total amount of $9,782.99. Defendants have consented to this Motion. Therefore, we hereby respectfully request that the Court grant leave for plaintiffs to move to dismiss the above-captioned action with prejudice as to these four claims.

Respectfully Submitted,

   /s/    (filed electronically)
Michael J. Eig            #912733

   /s/    (filed electronically)
Haylie M. Iseman         #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No: 05-CV-2429 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' CONSENT MOTION FOR
LEAVE OF COURT TO DISMISS FOUR CLAIMS AS PAID IN FULL**

On December 19, 2005, plaintiffs initiated this action on behalf of a number of students with disabilities and their parents. Subsequent to that date, defendants made payment on four claims, all of which had been resolved at the administrative level by Settlement Agreements that contemplated either specific or fee-cap-limited amounts for reimbursement of attorneys' fees and expenses. Defendants have now paid in full to these specific and/or limited amounts, totaling $9,782.99, on the following plaintiffs' claims:

> Aydn Gray-Juarez
> Pierce Nesbit
> James Sahr
> Maya Solomon-Lane

Therefore, plaintiffs now respectfully move the Court to allow us to withdraw these four claims, in the total amount of $9,782.99.

WHEREFORE, plaintiffs respectfully request that the Court grant leave for plaintiffs to move to dismiss the above-captioned action with prejudice as to these four claims.

Respectfully Submitted,

\_\_\_\_/s/\_\_\_ (filed electronically)\_\_\_\_
Michael J. Eig           #912733

   /s/ (filed electronically)
Haylie M. Iseman  #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for the Plaintiffs