IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No: 05-CV-2429 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**PLAINTIFFS' CONSENT MOTION FOR
LEAVE OF COURT TO DISMISS CLAIMS FOR EXPERT COSTS**

Pursuant to FED.R.CIV.P. 41(a)(2), plaintiffs hereby seek leave of Court to move to dismiss some claims for expert costs, in the total amount of $32,859.95. Defendants have consented to this Motion. Therefore, we hereby respectfully request that the Court grant leave for plaintiffs to move to dismiss the above-captioned action with prejudice as to the $32,859.95 in expert costs remaining on these claims.

Respectfully Submitted,

　　/s/　(filed electronically)
Michael J. Eig　　#912733

　　/s/　(filed electronically)
Haylie M. Iseman　　#471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for the Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No: 05-CV-2429 (HHK) |

MEMORANDUM IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE OF COURT
TO DISMISS CLAIMS FOR EXPERT COSTS

On December 19, 2005, plaintiffs initiated this action on behalf of a number of students with disabilities and their parents. Subsequent to that date, the Supreme Court's issued a decision in *Arlington Cent. Sch. Dist. Bd. of Educ. v. Murphy*, pursuant to which this Court is no longer able to award expert costs to plaintiffs. The attached spreadsheet, Exhibit 22, enumerates all plaintiffs with outstanding expert costs, totaling $32,859.95, as follows:

| **Student and Invoice Number** | **Expert Costs Still Claimed** |
|---|---|
| Charles Aboussie (CA021805) | $13,663.95 |
| Emily Cooper (EC090805) | $3,100.00 |
| Robert Garnes (RG100405) | $2,050.00 |
| Aydn Gray-Juarez (AG021805) | $1,620.00 |
| Rebekah House (RH093005) | $2,305.00 |
| Pierce Nesbit (PN101205) | $1,021.00 |
| Sasha Saidman (SS072005) | $8,170.00 |
| Miles Tag (MT093005) | $830.00 |
| Charles "Harry" Yowell (CHY100405) | $100.00 |
| **Total** | $32,859.95 |

Therefore, plaintiffs now respectfully move the Court to allow us to withdraw some portions of some claims, in the total amount of $32,859.95.  (Please note that, even after such a withdrawal, no claim will be resolved in full, as the attorneys' fees and costs still remain outstanding.)

WHEREFORE, plaintiffs respectfully request that the Court grant leave for plaintiffs to move to dismiss the above-captioned action with prejudice as to the $32,859.95 in expert costs remaining on these claims.

Respectfully Submitted,

　　　/s/    (filed electronically)　　
Michael J. Eig          #912733

　　　/s/    (filed electronically)　　
Haylie M. Iseman        #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for the Plaintiffs