IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERCE NESBIT, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

Civil Action No: 05-CV-2429 (HHK)

Exhibit 22
Submissions and Payments of Experts' Costs

| Student Name/ Invoice Number | Date of Hearing Officer's Determination (HOD) or Settlement Agreement (SA) | Expert Costs | | Total Amount Still Claimed |
|---|---|---|---|---|
| | | Total Amount Claimed | Total Amount Paid | |
| Charles Aboussie CA021805 | 1-6-05 | $15,143.65 | $1,479.70 | $13,663.95 |
| Emily Cooper EC090805 | 9-8-05 | $3,700.00 | $600.00 | $3,100.00 |
| Robert Garnes RG100405 | 8-22-05 | $2,050.00 | $0.00 | $2,050.00 |
| Aydn Gray-Juarez AG021805 | 1-7-05 | $3,401.05 | $1,781.05[1] | $1,620.00 |
| Rebekah House RH093005 | 8-19-05 | $2,305.00 | $0.00 | $2,305.00 |
| Pierce Nesbit PN101205 | 9-28-05 | $1,021.00 | $0.00 | $1,021.00 |
| Sasha Saidman SS072005 | 6-7-05 | $8,170.00 | $0.00 | $8,170.00 |

---

[1]     Defendants inadvertently twice made partial payment on this claim, each time for $6,006.27 (partial attorneys' fees + full expenses + $1,781.05 in partial expert costs). See Exhibits 12D and 12E. On April 18, 2005, plaintiffs returned the full second payment ($6,006.27) to defendants.

| Student Name/ Invoice Number | Date of Hearing Officer's Determination (HOD) or Settlement Agreement (SA) | Expert Costs | | Total Amount Still Claimed |
|---|---|---|---|---|
| | | Total Amount Claimed | Total Amount Paid | |
| Miles Tag MT093005 | 8-18-05 | $830.00 | $0.00 | $830.00 |
| Charles "Harry" Yowell CHY100405 | 8-18-05 | $100.00 | $0.00 | $100.00 |
| **Total** | | | | $32,859.95 |