IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No: 05-CV-2429 (HHK) |

**PRAECIPE**

Earlier today, plaintiffs moved this Court for leave to dismiss the claims of four plaintiffs, who have been paid in full, in the total amount of $9,782.99. However, plaintiffs' Memorandum contained a typographical error that may cause the Court some confusion; we are seeking to withdraw the following plaintiffs' claims:

> Aydn Gray-Juarez
> Pierce Nesbit
> James Sahm
> Maya Solomon-Lane

Plaintiffs' original memorandum inadvertently referenced James **Sahr**, who is not a plaintiff in this litigation. Plaintiffs intended to withdraw the claim for **James Sahm**. Although this typographical error is minor, plaintiffs would note that there is a plaintiff named Joshua Sahr, whose claim remains outstanding. We therefore file this Praecipe, with the corrected version of the Motion and Memorandum attached, so that there will be no confusion. We do apologize.

Respectfully Submitted,

_____/s/____ (filed electronically)
Michael J. Eig            #912733

_____/s/____ (filed electronically)
Haylie M. Iseman        #471891

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740
Counsel for the Plaintiffs