# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PIERCE NESBIT, *et al.*,

      Plaintiffs,

v.

      Civil Action No: 05-CV-2429 (HHK)

DISTRICT OF COLUMBIA, *et al.*,

      Defendants.

## PLAINTIFFS' CONSENT MOTION FOR
## LEAVE OF COURT TO DISMISS FOUR CLAIMS AS PAID IN FULL

Pursuant to FED.R.CIV.P. 41(a)(2), plaintiffs hereby seek leave of Court to move to

dismiss the claims of four plaintiffs, who have been paid in full, in the total amount of $9,782.99.

Defendants have consented to this Motion.  Therefore, we hereby respectfully request that the

Court grant leave for plaintiffs to move to dismiss the above-captioned action with prejudice as

to these four claims.

                    Respectfully Submitted,

                    _____/s/____(filed electronically)_____
                    Michael J. Eig      #912733

                    _____/s/____(filed electronically)_____
                    Haylie M. Iseman    #471891
                    MICHAEL J. EIG AND ASSOCIATES, P.C.
                    5454 Wisconsin Avenue, Suite 760
                    Chevy Chase, Maryland 20815
                    (301) 657-1740
                    Counsel for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PIERCE NESBIT, *et al.*,

     Plaintiffs,

v.

                                          Civil Action No: 05-CV-2429 (HHK)

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

**MEMORANDUM IN SUPPORT OF
PLAINTIFFS' CONSENT MOTION FOR
LEAVE OF COURT TO DISMISS FOUR CLAIMS AS PAID IN FULL**

     On December 19, 2005, plaintiffs initiated this action on behalf of a number of students

with disabilities and their parents.  Subsequent to that date, defendants made payment on four

claims, all of which had been resolved at the administrative level by Settlement Agreements that

contemplated either specific or fee-cap-limited amounts for reimbursement of attorneys' fees and

expenses.  Defendants have now paid in full to these specific and/or limited amounts, totaling

$9,782.99, on the following plaintiffs' claims:

               Aydn Gray-Juarez
               Pierce Nesbit
               James Sahm
               Maya Solomon-Lane

Therefore, plaintiffs now respectfully move the Court to allow us to withdraw these four claims,

in the total amount of $9,782.99.

     WHEREFORE, plaintiffs respectfully request that the Court grant leave for plaintiffs to

move to dismiss the above-captioned action with prejudice as to these four claims.

                        Respectfully Submitted,

                        _____/s/   (filed electronically)_____
                        Michael J. Eig         #912733

_____/s/_____(filed electronically)_____

Haylie M. Iseman        #471891

MICHAEL J. EIG AND ASSOCIATES, P.C.

5454 Wisconsin Avenue, Suite 760

Chevy Chase, Maryland 20815

(301) 657-1740

Counsel for the Plaintiffs