IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 05-2429 (HHK) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**NOTICE OF APPEARANCE**

The undersigned respectfully request that the Clerk enter the appearance of Michael J. Eig as counsel for plaintiffs in this matter.  While Mr. Eig's name and signature appear on the original Complaint in this matter, under the advisement of the Electronic Case Filing personnel, we hereby note his appearance in order to enable him to receive ECF notifications in this case.

Respectfully Submitted,

/s/ (filed electronically)
Michael J. Eig          #912733

/s/ (filed electronically)
Haylie M. Iseman        #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Plaintiffs

Filed Electronically on September 18, 2006

-1-