**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PIERCE NESBIT, *et al.*,

    Plaintiffs,

v.  Civil Action No: 05-CV-2429 (HHK)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

**Exhibit 23
Submissions and Payments of Attorneys' Fees and Costs**

| Student Name/ Invoice Number | Date of Hearing Officer's Determination (HOD) or Settlement Agreement (SA) | Date Claim Submitted | Attorneys' Fees Claimed | Attorneys' Fees Paid | Attorneys' Expenses Claimed | Attorneys' Expenses Paid | Total Attorneys' Fees and Costs Claimed | Total Attorneys' Fees and Costs Paid to Date | Total Amount Still Claimed |
|---|---|---|---|---|---|---|---|---|---|
| Charles Aboussie CA021805 | 1-6-05 | 2-18-05 | $8,577.50 | $4,000.00 | $672.50 | $672.50 | $9,250.00 | $4,672.50 | $4,577.50 |
| Charles Aboussie CA021805-2 | 11-30-04 | 2-18-05 | $13,075.00 | $4,000.00 | $759.24 | $759.24 | $13,834.24 | $4,759.24 | $9,075.00 |

| Student Name/ Invoice Number | Date of Hearing Officer's Determination (HOD) or Settlement Agreement (SA) | Date Claim Submitted | Attorneys' Fees Claimed | Attorneys' Fees Paid | Attorneys' Expenses Claimed | Attorneys' Expenses Paid | Total Attorneys' Fees and Costs Claimed | Total Attorneys' Fees and Costs Paid to Date | Total Amount Still Claimed |
|---|---|---|---|---|---|---|---|---|---|
| Sam Boorstin SB121004 | 10-29-04 | 12-10-04 | $6,580.00 | $4,000.00 | $232.61 | $232.61 | $6,812.61 | $4,232.61 | $2,580.00 |
| Emily Cooper EC090805 | 7-28-05 & 8-2-05 | 9-8-05 | $17,090.00 | $4,000.00 | $450.69 | $450.00 | $17,540.69 | $4,450.00 | $13,090.69 |
| Sarah Dorros SD051905 | 4-6-05 | 5-19-05 | $15,175.00 | $4,000.00 | $554.12 | $554.12 | $15,729.12 | $4,554.12 | $11,175.00 |
| Adrian Ellena AE121604 | 11-3-04 | 12-16-04 | $9,200.00 | $4,000.00 | $574.36 | $574.36 | $9,774.36 | $4,574.36 | $5,200.00 |
| Robert Garnes RG100405 | 8-22-05 | 10-4-05 | $12,082.50 | $4,000.00 | $410.01 | $235.62 | $12,492.51 | $4,235.62 | $8,256.89 |
| Andrew Goldstrom (Court action) AG080904 | 6-25-04 | 8-9-04 and 11-18-04 | $10,997.50 | $4,000.00 | $278.87 | $0.00 | $11,276.37 | $4,000.00 | $7,276.37 |
| Andrew Goldstrom (administrative action) AG080904 | 6-25-04 | 8-9-04 and 11-18-04 | $9,200.00 | $4,000.00 | $325.30 | $325.30 | $9,525.30 | $4,325.30 | $5,200.00 |

| Student Name/ Invoice Number | Date of Hearing Officer's Determination (HOD) or Settlement Agreement (SA) | Date Claim Submitted | Attorneys' Fees Claimed | Attorneys' Fees Paid | Attorneys' Expenses Claimed | Attorneys' Expenses Paid | Total Attorneys' Fees and Costs Claimed | Total Attorneys' Fees and Costs Paid to Date | Total Amount Still Claimed |
|---|---|---|---|---|---|---|---|---|---|
| Rebekah House RH093005 | 8-19-05 | 9-30-05 | $6,835.00 | $4,000.00 | $153.81 | $153.81 | $6,988.81 | $4,153.81 | $2,835.00 |
| Joshua Sahr JS021805 | 2-2-05 | 2-18-05 | $5,250.00 | $4,000.00 | $349.36 | $349.36 | $5,599.36 | $4,349.36 | $1,250.00 |
| Sasha Saidman SS072005 | 6-7-05 | 7-20-05 | $10,387.50 | $0.00 | $394.53 | $0.00 | $10,782.03 | $0.00 | $10,782.03 |
| Miles Tag MT093005 | 8-18-05 | 9-30-05 | $16,610.00 | $4,000.00 | $411.48 | $238.07 | $17,021.48 | $4,238.07 | $12,783.41 |
| Peter Weber PW021805 | 2-9-05 | 2-18-05 | $8,345.00 | $4,000.00 | $363.71 | $363.71 | $8,708.71 | $4,363.71 | $4,345.00 |
| Esther Werner EW121004 | 11-2-04 | 12-10-04 | $5,075.00 | $4,000.00 | $312.24 | $312.24 | $5,387.24 | $4,312.24 | $1,075.00 |
| Charles "Harry" Yowell CHY100405 | 8-18-05 | 10-4-05 | $7,400.00 | $4,000.00 | $209.09 | $195.93 | $7,609.09 | $4,195.93 | $3,413.16 |
| **Total** | | | | | | | | | $102,915.05 |