IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Civil Action No: 05-CV-2429 (HHK) |

**STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE ARE NO GENUINE ISSUES**

Pursuant to Local Rule 108(h), plaintiffs submit this statement of material facts as to which there is no genuine issue. Plaintiffs note that defendants have not yet filed an Answer in this case. This Court may in its discretion enter a default judgment against "a party against whom a judgment for affirmative relief is sought [who] has failed to plead or otherwise defend as provided by these rules . . . ." FED.R.CIV.P. 55(b)(2). Plaintiffs' Complaint has gone unanswered, and the allegations therein, unopposed. Since defendants have not denied these allegations, the Court may treat them as material facts not in dispute, and allow them to serve as the basis for summary judgment. The facts are as follows:

1. The student-plaintiffs are disabled children who are all entitled to receive special education and related services from the District of Columbia Public Schools ("DCPS") under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§ 1400 *et seq.* Plaintiffs' Exhibits Nos. 3 - 21 (Exhibits lettered A, attached to Complaint).

2. The plaintiffs all employed the administrative due process appeal process to obtain special education and related services from DCPS. *Id.*

3.  All plaintiffs have achieved the special education and related services that they sought through hearing officer's decisions, or through settlement agreements that convey prevailing party status for the purpose of attorneys' fees and costs.  *Id.*

4.  Plaintiffs' counsel has documented reasonable time charges and expenses related to the legal representation of all student plaintiffs leading to their ultimate achievement of special education and related services through settlement agreements (that contemplate fees) or hearing officer's decisions.  Plaintiffs' Exhibits Nos. 3 - 21 (Exhibits lettered B).

Respectfully Submitted,

_____/s/    (filed electronically)_____
Michael J. Eig            #912733

_____/s/    (filed electronically)_____
Haylie M. Iseman         #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740