IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIERCE NESBIT, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>       Defendants. | Civil Action No: 05-CV-2429 (HHK) |

## DECLARATION OF MICHAEL J. EIG

Michael J. Eig declares and says as follows:

1.      I am co-counsel for the plaintiffs in this matter and make this declaration in support of their motion for fees and costs.

2.      Exhibits 2 through 21 (all exhibits lettered B), attached to the Complaint, are computer printouts detailing the time I and other members of our firm spent on this and the administrative case below, and our expenses in pursuing these matters. In form and substance, save for the actual amounts, both this declaration and the attached Exhibits are identical to declarations and exhibits submitted in support of other motions for fees approved by this Court and the Court of Appeals.

3.      I have a B.A. from Brandeis University, an Ed.M. in Education from Harvard University, and a J.D. from Georgetown University Law Center. I was admitted to the District of Columbia Bar in 1975 and the Maryland Bar in 1976, and am a Member of the Bar of this Court. I have been a practicing attorney for thirty-one years, and the vast majority of my representation has been of students with special education needs.

4.  Haylie M. Iseman has a B.S. from Cornell University and a J.D. from Yeshiva University, Benjamin N. Cardozo School of Law in 1999. She was admitted to the Maryland Bar in 1999, the New York Bar in 2000, and the District of Columbia Bar in 2001, and is a Member of the Bar of this Court. She has been a practicing attorney for nearly seven years; the vast majority of her representation has been of students with special education needs. She began with the firm in July, 1993, as an Intern, and later held positions of Legal Assistant (for one year) and Summer Associate (during law school). Upon graduation from law school, she joined the firm full time in September 1999.

5.  Paula A. Rosenstock has a B.A. *magna cum laude* from Tufts University, and a J.D. from The George Washington University Law School in 2003. She was admitted to the Virginia Bar in 2003 and the District of Columbia Bar in 2005, and is a Member of the Bar of this Court. She has been a practicing attorney for nearly three years, and in her position at our firm, the vast majority of her representation is of students with special education needs. Previously, she practiced family law.

6.  Lauren E. Moynihan has a A.B. from Washington University in St. Louis, and a J.D. *cum laude* from Georgetown University Law Center. She was admitted to the Massachusetts Bar in 1999 and the New York Bar in 2000. During her tenure at our firm, she had been a practicing attorney for five years; in her position here, the vast majority of her representation was of students with special education needs.

7. Daniel Simons was a Legal Assistant in our firm from August, 2004 through September, 2005. He has a B.A., *summa cum laude* from The University of Pennsylvania, and is currently a candidate for a Master of Arts in Intelligence and International Security from King's College London (in London, United Kingdom), with a degree anticipated in September, 2006. In his position here, he was responsible for managing administrative cases, including contact with clients.

8. Rebecca Volpe was a Legal Assistant in our firm from June, 2005 through July 2006. She has a B.A. from American University. In her position here, she was responsible for managing administrative cases, including contact with clients.

9. Lisa Genser (nee Noik) was a Legal Assistant in our firm from June 2002 through June 2004. She has a B.A., *cum laude* from Brandeis University, and left our firm to pursue a Masters of Arts in Social Work at Virginia Commonwealth University, which she was awarded in June, 2006. In her position here, she was responsible for managing administrative cases, including contact with clients.

10. This Court has had much previous opportunity to review the qualifications of the members of this firm, which are set out in, among other places, this Court's opinions in *Moore v. District of Columbia*, 674 F. Supp. 901, 905-06, (D.D.C. 1987). The District of Columbia Circuit has also characterized this counsel as "a leading [IDEA] firm in the District." *Kattan v. District of Columbia*, 995 F.2d 274, 278 (D.D.C. 1987).

11. The hourly rates that we seek in this case are those that we were charging clients at the time of each administrative case.

12. I believe that the charges reflected in the time records are "billable." We have not included activities that entailed only brief amounts of time. I believe that all the time for which we seek fees was "productive" and necessary in order for the plaintiffs to prevail.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on September 15, 2006

Michael J. Eig