UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POLLY DAVIS NESBIT, *et al*., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-2429 (HHK) ) |
| DISTRICT OF COLUMBIA, *et al.,* | ) ) |
| Defendants. | ) ) |

## JOINT MOTION FOR CONSENT JUDGMENT

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment. The parties have resolved all issues with respect to Plaintiffs' complaint. The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH, #012914
Chief, Equity Section 2

2

/s/ Veronica A. Porter
VERONICA A. PORTER, #412273
Assistant Attorney General
441 4th Street, NW, 6th FL South
Washington, D.C. 20001
(202)724-6651
**ATTORNEYS FOR DEFENDANTS**

/s/ *Haylie M. Iseman*_____
HAYLIE M. ISEMAN (471891)
Michael J. Eig and Associates, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy chase, Maryland 20815
(301) 657-1740
**ATTORNEY FOR PLAINTIFFS**

**September 26, 2006**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POLLY DAVIS NESBIT, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )     Civil Action No. 05-2429 (HHK) <br> ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment filed September 26, 2006, Plaintiffs and Defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by Plaintiffs in their complaint herein, and the parties having consented to this Order, it is, this _____ day of _____, 2006:

**ORDERED**, that Plaintiffs are awarded $102,915.05 as payment for the attorneys' fees and costs at issue in the Complaint herein.  Payment of $5,035.05— representing the amount Defendants believe is permissible under the fee cap—is to be made within 45 days from the date of this order.  The balance shall be paid subject to applicable law; it is

**FURTHER ORDERED**, that the award herein is in settlement of all of Plaintiffs' claims in the instant complaint, and will extinguish all of Defendants' liabilities for such claims; and

3

**IT IS FURTHER ORDERED**, that Plaintiffs' complaint herein is hereby dismissed with prejudice.

_____
U.S. DISTRICT COURT JUDGE