UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PIERCE NESBIT, et al.,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>    Defendants. | Civil Action 05-02429 (HHK) |

**CONSENT JUDGMENT**

Upon consideration of the joint motion for consent judgment filed September 26, 2006, plaintiffs and defendants having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by plaintiffs in their complaint herein, and the parties having consented to this order, it is, this 29th day of September, 2006:

**ORDERED**, that plaintiffs are awarded $102,915.05 as payment for the attorneys' fees and costs at issue in the complaint herein. Payment of $5,035.05—representing the amount defendants believe is permissible under the fee cap—is to be made within 45 days from the date of this order. The balance shall be paid subject to applicable law; it is

**FURTHER ORDERED**, that the award herein is in settlement of all of plaintiffs' claims in the instant complaint, and will extinguish all of defendants' liabilities for such claims; and

**IT IS FURTHER ORDERED**, that plaintiffs' complaint herein is hereby dismissed with prejudice.

> Henry H. Kennedy, Jr.
> United States District Judge