IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIERCE NESBIT, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

Civil Action No: 05-CV-2429 (HHK)

## DECLARATION OF MICHAEL J. EIG

Michael J. Eig declares and says as follows:

1. I am co-counsel for the plaintiffs in this matter and make this declaration in support of their motion for fees and costs.

2. Exhibit 1 is a computer printout detailing the time I and other members of our firm spent on this litigation case, and Exhibit 2 details our expenses in pursuing this matter. In form and substance, save for the actual amounts, both this declaration and the attached Exhibits are identical to declarations and exhibits submitted in support of other motions for fees approved by this Court and the Court of Appeals.

3. I have a B.A. from Brandeis University, an Ed.M. in Education from Harvard University, and a J.D. from Georgetown University Law Center. I was admitted to the District of Columbia Bar in 1975 and the Maryland Bar in 1976, and am a Member of the Bar of this Court. I have been a practicing attorney for thirty-one years, and the vast majority of my representation has been of students with special education needs.

4. Haylie M. Iseman has a B.S. from Cornell University and a J.D. from Yeshiva University, Benjamin N. Cardozo School of Law in 1999. She was admitted to the Maryland Bar

in 1999, the New York Bar in 2000, and the District of Columbia Bar in 2001, and is a Member of the Bar of this Court. She has been a practicing attorney for more than seven years; the vast majority of her representation has been of students with special education needs. She began with the firm in July, 1993, as an Intern, and later held positions of Legal Assistant (for one year) and Summer Associate (during law school). Upon graduation from law school, she joined the firm full time in September 1999, and has been employed here since.

5. Patricia Johnston has a B.A. from the State University of New York, at Oswego. She joined our firm in July, 1995, acting as a Legal Assistant for several years, before advancing to the position of Office Manager. She maintained this position until November, 2005, when she became the firm's Bookkeeper. In her capacity as Office Manager, she was responsible for the day-to-day maintenance of all administrative and litigation files, to ensure payment status with both clients and the State and local governments. She also handled all litigation and administrative fee claims, and documentation of such.

6. Alethea Weathers joined our firm as a Receptionist in June 1998, and quickly advanced to the position of Legal Assistant in October 1998, where she remained until May 2002. She re-joined our firm in August, 2005, advancing to the position of Office Manager, where she is presently. In her capacity as Office Manager, she is responsible for the day-to-day maintenance of all administrative and litigation files, to ensure payment status with both clients and the State and local governments. She also handles all litigation and administrative fee claims, and documentation of such. She was previously employed as a Program Assistant at the Department of Justice, and in the Registrar's Office at a school for students with special

education needs. She is currently pursuing a Bachelor's degree from the University of the District of Columbia.

7. Sarah Massey was a Legal Assistant in our firm from October 2005 through September, 2006. She has a B.A. from Saint Mary's College of Maryland. In her position here, she was responsible for managing administrative cases, including contact with clients and preparing documents for administrative and Court cases. She has a background in the legal field, and prior to joining our firm, served as a project assistant, paralegal, and intern in several different law firms in the Washington area. She is now employed at a larger firm in the area.

8. This Court has had much previous opportunity to review the qualifications of the members of this firm, which are set out in, among other places, this Court's opinions in *Moore v. District of Columbia*, 674 F. Supp. 901, 905-06, (D.D.C. 1987). The District of Columbia Circuit has also characterized this counsel as "a leading [IDEA] firm in the District." *Kattan v. District of Columbia*, 995 F.2d 274, 278 (D.D.C. 1987).

9. The hourly rates that we seek in this case are those that were charged during the bulk of our representation. We are currently charging time at a higher rate, but felt it fair to use the rates applicable at the time the work was performed.

10. I believe that the charges reflected in the time records are "billable." We have not included activities that entailed only brief amounts of time. I believe that all the time for which we seek fees was "productive" and necessary in order for the plaintiffs to prevail.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on October 5, 2006

Michael J. Eig