| | Michael J. Eig and Associates, P.C. | | | | |
|---|---|---|---|---|---|
| 10/5/2006 | Slip List Attorney Fees | | | | |
| 12:16 PM | | | | | Page    1 |

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Client: Nesbit v. D.C. | | | | | |
| AletheaWeather4 | Conference with HMI re: spreadsheets and accuracy/currentness of information. | 9/7/2006 | 0:30:00 | $150.00 | $75.00 |
| AletheaWeather4 | Reviewed HMI's draft spreadsheets against documents in file and recent payments by DCPS; edited/corrected information; follow-up conference with HMI. | 9/8/2006 | 1:45:00 | $150.00 | $262.50 |
| Total: AletheaWeather4 | | | 2.25 | $337.50 | |
| Haylie Iseman-6 | Conference with PBJ; reviewed all outstanding fee claims for plaintiffs to include in new fee complaint. | 10/13/2005 | 0:30:00 | $250.00 | $125.00 |
| Haylie Iseman-6 | Letter to clients re: upcoming litigation; edits to letter; created merge file; sent letter. | 10/14/2005 | 1:30:00 | $250.00 | $375.00 |
| Haylie Iseman-6 | Conference with Michael Eig re: timing of new litigation (particularly as a related case to Czarniewy and Lax) and re: advising clients who would be included in litigation. | 10/14/2005 | 0:36:00 | $250.00 | $150.00 |
| Haylie Iseman-6 | Reviewed file; identifed all documents to be included; prepared framework of a spreadsheet for administrative staff to fill in; conference | 11/14/2005 | 2:18:00 | $250.00 | $575.00 |

EXHIBIT
1

10/5/2006  
12:16 PM

Michael J. Eig and Associates, P.C.  
Slip List Attorney Fees

Page 2

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Haylie Iseman-6 | with Sarah Massey re: completing spreadsheet. Conference with Sarah Massey re: her questions about specific information to be included in spreadsheet; reviewed documents with her to answer questions. | 11/16/2005 | 0:45:00 | $250.00 | $187.50 |
| Haylie Iseman-6 | Work on drafting framework of Complaint, for administrative staff to fill in; reviewed chart of all Exhibits. | 11/30/2005 | 2:15:00 | $250.00 | $562.50 |
| Haylie Iseman-6 | Conference with Sarah Massey re: filling in framework of draft Complaint; advised of all information to include, and where to find the information. | 12/2/2005 | 0:36:00 | $250.00 | $150.00 |
| Haylie Iseman-6 | Reviewed completed draft Complaint and Spreadsheet from Sarah Massey; compared/verified infomation against info and documents in file. | 12/12/2005 | 1:15:00 | $250.00 | $312.50 |
| Haylie Iseman-6 | Edits, additions, omissions to Complaint; added citations to all Exhibits. | 12/13/2005 | 2:30:00 | $250.00 | $625.00 |
| Haylie Iseman-6 | Edits to spreadsheet of all exhibits, for attachment to Complaint. | 12/15/2005 | 0:45:00 | $250.00 | $187.50 |
| Haylie Iseman-6 | Final edits to draft Complaint; supervised administrative staff to prepare, with all exhibits, for filing. | 12/16/2005 | 1:30:00 | $250.00 | $375.00 |

10/5/2006  
12:16 PM

Michael J. Eig and Associates, P.C.  
Slip List Attorney Fees

Page    3

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Haylie Iseman-6 | Reviewed defendants' Motion for Partial Dismissal; notes for opposition; conference with MJE re: viability of 1983 claims. | 1/24/2006 | 0:36:00 | $250.00 | $150.00 |
| Haylie Iseman-6 | Research re: any new caselaw on issues of Section 504 applicability to IDEA cases and Section 1983 limitations. | 1/30/2006 | 1:36:00 | $250.00 | $400.00 |
| Haylie Iseman-6 | Drafting Opposition to Motion to Dismiss. | 1/31/2006 | 1:15:00 | $250.00 | $312.50 |
| Total: Haylie Iseman-6 | | | 17.95 | $4,487.50 | |
| Haylie Iseman-7 | Reviewed other DC District Court fee decisions; reviewed docket for status; conference with MJE re: status and how/whether/when to proceed. | 8/29/2006 | 0:36:00 | $275.00 | $165.00 |
| Haylie Iseman-7 | Reviewing file and updating/creating spreadsheets to determine two subsets of claims: (1) those paid in full (to agreed-upon fee cap or particular agreed-upon amount) on Settlement Agreements, and (2) those with outstanding expert fees; updated primary spreadsheet of all outstanding claims; conference with Alethea Weathers to ascertain | 9/7/2006 | 3:18:00 | $275.00 | $907.50 |

| | | | | | |
|---|---|---|---|---|---|
| 10/5/2006 | | Michael J. Eig and Associates, P.C. | | | |
| 12:16 PM | | Slip List Attorney Fees | | Page | 4 |

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Haylie Iseman-7 | whether all info is correct and up-to-date. Conference with MJE re: moving to withdraw plaintiffs with either claims paid in full or outstanding expert costs; drafted cover letter to Veronica Porter to explain situation and seek consent to move to withdraw; emailed to Ms. Porter with explanatory attachments. | 9/8/2006 | 1:36:00 | $275.00 | $440.00 |
| Haylie Iseman-7 | Edits to 2 spreadsheets, following conference with Alethea Weathers and file review. | 9/8/2006 | 0:30:00 | $275.00 | $137.50 |
| Haylie Iseman-7 | Conference with Alethea Weathers re: edits/suggested chages to draft spreadsheets. | 9/8/2006 | 0:12:00 | $275.00 | $55.00 |
| Haylie Iseman-7 | Drafted Declaration of Michael J. Eig; reviewed file to ascertain which staffers had time entered in the administrative cases below; drafted paragraphs regarging their curricula vitae, and distributed for staffers' review; final edits to Declaration and provided for MJE signature. | 9/12/2006 | 1:00:00 | $275.00 | $275.00 |
| Haylie Iseman-7 | Began drafting Motion for Summary Judgment, leaving spaces for pending dispositions on Motions to Dismiss. | 9/12/2006 | 1:48:00 | $275.00 | $495.00 |

10/5/2006  
12:16 PM

Michael J. Eig and Associates, P.C.  
Slip List Attorney Fees

Page    5

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Haylie Iseman-7 | Drafted Statement of Material Facts Not in Dispute for filing with Motion for Summary Judgment. | 9/13/2006 | 0:18:00 | $275.00 | $82.50 |
| Haylie Iseman-7 | Drafted Motion to Dismiss Expert Costs Claims; integrated information from updated spreadsheet; emailed to opposing counsel for review. | 9/14/2006 | 1:30:00 | $275.00 | $412.50 |
| Haylie Iseman-7 | Drafted Motion to Dismiss Claims paid in full; integrated information from updated spreadsheet; emailed to opposing counsel for review. | 9/14/2006 | 0:54:00 | $275.00 | $247.50 |
| Haylie Iseman-7 | Final check of draft Motion to Dismiss Expert Costs Claims; filed electronically; call with ECF Clerk re: problem with ECF, so refiled. | 9/15/2006 | 0:18:00 | $275.00 | $82.50 |
| Haylie Iseman-7 | Final check of draft Motion to Dismiss Claims paid in full; filed electronically; call with ECF Clerk re: problem with ECF, so refiled. | 9/15/2006 | 0:18:00 | $275.00 | $82.50 |
| Haylie Iseman-7 | Final edits to Motion for Summary Judgment; filed electronically. | 9/18/2006 | 0:12:00 | $275.00 | $55.00 |
| Haylie Iseman-7 | Reviewed Court Orders on Motions to Dismiss; added relevant information to draft Motion for Summary Judgment and | 9/18/2006 | 1:12:00 | $275.00 | $330.00 |

10/5/2006  
12:16 PM

Michael J. Eig and Associates, P.C.  
Slip List Attorney Fees

Page     6

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Haylie Iseman-7 | accompanying spreadsheet; gave to MJE for review. Drafted letter to clients, apprising of situation of non-reimbursement/ non-entitlement to expert costs; reviewed file to ascertain impact to specific clients; created merge database; mailed to clients. | 9/21/2006 | 0:54:00 | $275.00 | $247.50 |
| Haylie Iseman-7 | Reviewed email from opposing counsel re: proposal for joint consent judgment; reviewed spreadsheets to check totals; email to opposing counsel with correction and agreement to review proposed consent judgment. | 9/22/2006 | 0:30:00 | $275.00 | $137.50 |
| Haylie Iseman-7 | Reviewed draft Consent Judgment sent by opposing counsel; conference with MJE re: whether we consent and re: impact of specific wording in Judgment; email to opposing counsel. | 9/25/2006 | 0:18:00 | $275.00 | $82.50 |
| Haylie Iseman-7 | Reviewed signed Consent Judgment; calendared date for fee motion. | 9/26/2006 | 0:06:00 | $275.00 | $27.50 |
| Haylie Iseman-7 | Reviewed my timeslips for accuracy and possible inclusion in fee petition to Court. | 9/29/2006 | 1:18:00 | $275.00 | $357.50 |

10/5/2006  Michael J. Eig and Associates, P.C.
12:16 PM  Slip List Attorney Fees  Page  7

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Haylie Iseman-7 | Drafted Motion and Memo for Attorneys Fees; reviewed docket for dates/facts. | 9/29/2006 | 1:18:00 | $275.00 | $357.50 |
| Haylie Iseman-7 | Drafted Declaration of Michael J. Eig for filing in US District Court with fee petition; gathered some additional curricula vitae info of additional firm staffers who worked on the litigation case; drafted paragraphs to add to Declaration. | 10/3/2006 | 0:36:00 | $275.00 | $165.00 |
| Haylie Iseman-7 | Edits to final version of all counsel's timeslips. | 10/5/2006 | 1:00:00 | $275.00 | $275.00 |
| Haylie Iseman-7 | Final edits to fee Motion and Declaration, per MJE review; filed electronically. | 10/5/2006 | 0:36:00 | $275.00 | $165.00 |
| Total: Haylie Iseman-7 | | | 20.30 | $5,582.50 | |
| Michael Eig - 9 | Conference with HMI re: new fees Complaint and re: advising plaintiffs to be included in litigation; discussion of Czarniewy and Lax cases, their status and impact on this litigation; reviewed draft letter from HMI to clients. | 10/14/2005 | 0:45:00 | $350.00 | $262.50 |
| Michael Eig - 9 | Conference with HMI re: responding to Defendants' Motion for Partial Dismissall, and re: 1983 claims. | 1/24/2006 | 0:36:00 | $350.00 | $210.00 |

10/5/2006　　　　　　　　　　　　Michael J. Eig and Associates, P.C.
12:16 PM　　　　　　　　　　　　　　　Slip List Attorney Fees　　　　　　　　　　　　　Page　　8

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Michael Eig - 9 | Reviewed draft Opposition to Motion to Dismiss. | 1/31/2006 | 0:18:00 | $350.00 | $105.00 |
| Total: Michael Eig - 9 | | | 1.65 | $577.50 | |
| Michael Eig-10 | Conference with HMI re: status and how/whether/when to proceed. | 8/29/2006 | 0:18:00 | $375.00 | $112.50 |
| Michael Eig-10 | Conference with HMI re: withdrawing two subsets of plaintiffs; reviewed cover letter to opposing counsel. | 9/8/2006 | 0:18:00 | $375.00 | $112.50 |
| Michael Eig-10 | Reviewed draft of Declaration. | 9/12/2006 | 0:12:00 | $375.00 | $75.00 |
| Michael Eig-10 | Reviewed two Motions to Dismiss. | 9/14/2006 | 0:24:00 | $375.00 | $150.00 |
| Michael Eig-10 | Reviewed Motion for Summary Judgment, Statement of Material Facts and spreadsheet; edits. | 9/18/2006 | 0:24:00 | $375.00 | $150.00 |
| Michael Eig-10 | Reviewed letter to clients re: non-entitlement to expert costs. | 9/21/2006 | 0:12:00 | $375.00 | $75.00 |
| Michael Eig-10 | Reviewed draft Consent Judgment; conference with HMI. | 9/25/2006 | 0:12:00 | $375.00 | $75.00 |
| Michael Eig-10 | Reviewed timeslips for accuracy and possible inclusion in fee petition to Court. | 10/3/2006 | 0:48:00 | $375.00 | $300.00 |
| Michael Eig-10 | Edits to Attorneys' Fee Motion and Declaration. | 10/4/2006 | 0:36:00 | $375.00 | $225.00 |
| Total: Michael Eig-10 | | | 3.40 | $1,275.00 | |
| Patti Johnston3 | Gathering and organization of all documents to be included in new fee | 10/10/2005 | 1:45:00 | $150.00 | $262.50 |

10/5/2006　　　　　　　　　　　Michael J. Eig and Associates, P.C.
12:16 PM　　　　　　　　　　　　　Slip List Attorney Fees　　　　　　　　　　Page　9

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| Patti Johnston3 | case on outstanding fee claims. Prepared spreadsheet of outstanding fee claims, in preparation for conference with HMI. | 10/12/2005 | 1:30:00 | $150.00 | $225.00 |
| Patti Johnston3 | Conference with HMI re: new fee case on outstanding fee claims; explained materials. | 10/13/2005 | 0:18:00 | $150.00 | $45.00 |
| Total: Patti Johnston3 | | | 3.55 | $532.50 | |
| Sarah Massey | Conference with Haylie Iseman re: filling in framework of draft spreadsheet. | 11/14/2005 | 0:42:00 | $150.00 | $105.00 |
| Sarah Massey | Work on filling information into spreadsheet. | 11/15/2005 | 3:30:00 | $150.00 | $525.00 |
| Sarah Massey | Work on filling information into spreadsheet. | 11/15/2005 | 3:30:00 | $150.00 | $525.00 |
| Sarah Massey | Continued working on filling information into spreadsheet; conference with Haylie Iseman re: specific questions about information to be included. | 11/16/2005 | 2:15:00 | $150.00 | $337.50 |
| Sarah Massey | Work on filling information into draft Complaint. | 12/5/2005 | 2:15:00 | $150.00 | $337.50 |
| Sarah Massey | Continued working on filling information into draft Complaint. | 12/6/2005 | 1:30:00 | $150.00 | $225.00 |
| Sarah Massey | Prepared Complaint and all exhibits for filing; labeled and scanned documents for | 12/16/2005 | 2:30:00 | $150.00 | $375.00 |

10/5/2006  
12:16 PM

Michael J. Eig and Associates, P.C.  
Slip List Attorney Fees

Page    10

| User | Description | Date | Time Spent | Hourly Rate | Billable |
|---|---|---|---|---|---|
| | electronic filing; prepared Civil Cover Sheet and other documents; sent to Court. | | | | |
| **Total: Sarah Massey** | | | 16.20 | | $2,430.00 |
| **Total: Nesbit v. D.C.** | | | 65.30 | | $15,222.50 |
| **Grand Total** | | | 65.30 | | $15,222.50 |