| 10/5/2006 | Michael J. Eig and Associates, P.C. | | | | |
| 12:16 PM | Slip List Expenses | | | | Page 1 |

| User | Description | Date | Quantity | Cost | Billable |
|---|---|---|---|---|---|
| **Client: Nesbit v. D.C.** | | | | | |
| Miscellaneous | Filing fee for complaint in U.S. District Court | 12/16/2005 | 1.000 | $250.00 | $250.00 |
| Miscellaneous | Fed-Ex Delivery to Clerk of Court | 12/16/2005 | 1.000 | $37.00 | $37.00 |
| Miscellaneous | Fed-Ex delivery to Clerk of Court, Nancy Mayer-Whittington RE: Complaint | 12/16/2005 | 1.000 | $18.60 | $18.60 |
| Miscellaneous | December 2005 Copy Charges | 12/30/2005 | 1,267.000 | $0.25 | $316.75 |
| Total: Nesbit v. D.C. | | | | | $622.35 |
| | | | | | |
| Grand Total | | | | | $622.35 |

**EXHIBIT 2**