UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **POLLY DAVIS NESBIT, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>Defendants. | Civil Action 05-02429<br>(HHK) |

## ORDER REFERRING MOTION TO
## UNITED STATES MAGISTRATE JUDGE DEBORAH ROBINSON

It is this 6th day of October, 2006, hereby

**ORDERED** that plaintiffs' motion for attorney's fees and costs [#15], filed on October 5, 2006, is hereby referred to United States Magistrate Judge Deborah Robinson for her Report and Recommendation pursuant to LCvR 72.3.

Henry H. Kennedy, Jr.
United States District Judge