UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POLLY DAVIS NESBIT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Action 05-02429<br>(HHK) |

**CONSENT JUDGMENT**

Upon consideration of the joint motion for consent judgment [#17] filed October 13, 2006, and it appearing that plaintiffs and defendants have agreed on the amount of reasonable attorneys' fees and costs sought in this action, and it appearing further that entry of this judgment will fully settle all claims made by plaintiffs in their motion for attorneys' fees and costs [#15] filed October 5, 2006, and the parties having consented to this order, it is this 18th day of October, 2006 hereby

**ORDERED** that plaintiffs are awarded $15,844.85 as payment for the attorneys' fees and costs incurred in connection with the prosecution of this action. The payment of $622.35—representing expenses that are not subject to the statutory fee cap—shall be made within 45 days from the date of this order. The balance shall be paid subject to applicable law; and it is further

**ORDERED** that the award herein is in settlement of all of plaintiffs' claims in their motion for attorneys' fees and costs filed October 5, 2006, and will extinguish all of defendants' liabilities for such claims.

Henry H. Kennedy, Jr.
United States District Judge